**HYDROMETALS, INC., Petitioner-
Appellant,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellee.**

No. 73-2591
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 1973.

J. W. Bullion, Buford P. Berry, Dallas, Tex., for petitioner-appellant.

Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Jonathan S. Cohen, Tax. Div., Dept. of Justice, Lawrence B. Gibbs, Acting Chief Counsel, Michael B. Frosch, Int. Rev. Service, William S. Estabrook, III, Tax. Div., Dept. of Justice, Washington, D. C., K. Martin Worthy, Chief Counsel, Int. Rev. Service, W. B.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Riley, Regional Counsel, W. J. Blackshear, Atty., Dallas, Tex., for respondent-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs and record, we affirm on the findings and opinion of the Tax Court.